

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00411-CV

_____

## EX PARTE ROBIN DENISE HARRIS

_____

**From the 52nd District Court
Coryell County, Texas
Trial Court No. CCC-11-40473**

## MEMORANDUM  OPINION

The Texas Department of Public Safety appealed the trial court's "Order to Clear Record" rendered on May 18, 2011.  By the Order, the trial court granted Robin Denise Harris's "Petition to Clear Record."  The parties have now presented this Court with a Joint Motion to Reverse and Render Judgment which was filed on December 12, 2011. In the motion the parties explain that they agree Harris is not entitled to an expunction of records related to her arrest, *see* TEX. CODE CRIM. PROC. ANN. art. 55.01(a)(2) (West Supp. 2011), and agree that an order to reverse and render judgment would resolve all issues in the appeal.  The parties also agreed to pay their own costs in this appeal.

The motion is signed by the attorney for the Texas Department of Public Safety and by Harris.

The parties' motion is granted. The trial court's "Order to Clear Record" is reversed and an order denying Robin Denise Harris's "Petition to Clear Record" is rendered.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Reversed and rendered
Opinion delivered and filed December 21, 2011
[CV06]